

# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2017

No. 04-16-00511-CR

Josef Dalen **RAMOS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR3918
Honorable Mary D. Roman, Judge Presiding

# O R D E R

Appellant's second motion for extension of time to file his brief is GRANTED IN PART. Appellant's brief is due on February 9, 2017. No further extensions will be granted, absent extenuating circumstances.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court